# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JABARI C. SMITH

NO. 2019 KW 0774

SEP 1 7 2019.

In Re:     Jabari C. Smith, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           556585-1.

BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.

**WRIT DENIED.** A district court has the discretion at the time of sentencing to extend the time period for a defendant to file a motion to reconsider sentence. See La. Code Crim. P. art. 881.1(A). There is no indication that the district court set at relator's sentencing a longer period for relator to file a motion to reconsider sentence. Moreover, a district court has no authority to amend or modify a sentence in a felony case in which the defendant has been sentenced to imprisonment at hard labor after the defendant has begun serving the sentence unless the court grants a timely filed motion to reconsider sentence. See La. Code Crim. P. arts. 881(A) & 881.1(A)(1). See also **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (per curiam), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239. Accordingly, the district court did not abuse its discretion by denying the motion to reconsider sentence.

                                    VGW
                                    JMG

       **Crain, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
      FOR THE COURT